**JENNA L. MOONEY, OSB #99324**
jennamooney@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone: 503-276-5801
Fax: 503-778-5299
Email: ⸻

FILED '07 MAR 15 14 51 USDC-ORE

Attorneys for Plaintiff

Of Counsel to:
BINDER AND BINDER, P.C.
Attorneys for John R. Taylor
215 Park Avenue South, 6th Floor
New York, New York 10003
Phone: 212-677-6801
Fax: 646-273-2196
Email: fedcourt@binderandbinder.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## AT EUGENE

| | |
|---|---|
| **JANETH BEAL,**<br><br>          **PLAINTIFF,**<br><br>   v.<br><br>**MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY**<br><br>          **DEFENDANT.**[1] | Case No. 6:05-cv-01691-AA<br><br><u>STIPULATION AND</u><br><u>ORDER REGARDING</u><br><u>ATTORNEY FEES</u> |

---

[1] On February 12, 2007, Michael J. Astrue became Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should therefore be substituted for Jo Anne B. Barnhart as Defendant.

PAGE 1- STIPULATION AND ORDER REGARDING ATTORNEY FEES

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff,

JANETH BEAL, and counsel for Defendant, the COMMISSIONER OF SOCIAL SECURITY,

that Plaintiff's counsel, Binder and Binder, is awarded $5,692.50 (Five Thousand Six Hundred

and Ninety-Two Dollars and Fifty Cents) in attorney fees plus $250.00 (Two Hundred Fifty

Dollars and Zero Cents) in court costs in full satisfaction of any claim for fees, costs and other

expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated:  New York, New York
       March 12, 2007

                    /s/ Jenna L. Mooney
                    Jenna L. Mooney
                    Davis Wright Tremaine, LLP
                    Attorneys for Janeth Beal
                    1300 SW Fifth Avenue
                    Suite 2300
                    Portland, OR 97201-5630
                    Phone: (503) 276-5801
                    Fax: (503) 778-5299
                    Email: jennamooney@dwt.com
                    BAR#: OSB 99324

                    Of Counsel to:
                    BINDER AND BINDER, P.C.
                    Attorneys for Janeth Beal
                    215 Park Avenue South, 6th Floor
                    New York, New York 10003
                    Phone: 212-677-6801
                    Fax: 646-273-2196
                    Email: fedcourt@binderandbinder.com

Seattle, Washington
March 12, 2007

KARIN J. IMMERGUT
United States Attorney

NEIL J. EVANS
Assistant U.S. Attorney

MICHAEL McGAUGHRAN
Regional Chief Counsel, Seattle, Region X

By:  /s/ David J. Burdett
David J. Burdett
Special Assistant U.S. Attorney
of Attorneys for the Defendant

**SO ORDERED:**

Dated: 3/15/07
Eugene, Oregon

Honorable Ann L. Aiken
United States District Judge

**PAGE 3- STIPULATION AND ORDER REGARDING ATTORNEY FEES**